# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137815

DONALD SHIELDS,
      Plaintiff-Appellee,

v

                                              SC: 137815
                                              COA: 286381

JAMES E. MCLACHLAN, M.D.,                      Kalamazoo CC: 07-000502-NH
      Defendant-Appellant,

and

SELECT SPECIALTY HOSPITAL-
KALAMAZOO,
      Defendant.
_____/

      On order of the Court, the application for leave to appeal the October 24, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2009

Clerk

d0420